**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Detron L. RUSHING, Defendant–**
**Appellant.**

**No. 14–13536**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 16, 2015.

R. Brian Tanner, James D. Durham, Brian T. Rafferty, Edward J. Tarver, Savannah, GA, Lamont A. Belk, Nancy Greenwood, U.S. Attorney's Office, Augusta, GA, for Plaintiff–Appellee.

Thomas C. Rawlings, McMillan & Rawlings, LLP, Sandersville, GA, Detron L. Rushing, FCI Jesup–Inmate Legal Mail, Jesup, GA, for Defendant–Appellant.

Before WILSON, ROSENBAUM, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas C. Rawlings, appointed counsel for Detron Rushing in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Rushing's conviction and sentence are **AFFIRMED.**